ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MILCON Construction, LLC | ) ASBCA No. 62669 |
| | ) |
| Under Contract No. W912CN-15-C-0036 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                   Kristin E. Zachman, Esq.
                                     Bailey & Bailey, P.C.
                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   Sean M. Connolly, Esq.
                                   CPT Ethan S. Chae, JA
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 28, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62669, Appeal of MILCON Construction, LLC, rendered in conformance with the Board's Charter.

Dated: October 28, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals